AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:20mj90 | 6/26/2020  12:35 P.M. | Lonnie Cometer |

Inventory made in the presence of:
Sk M. Taylor

Inventory of the property taken and name of any person(s) seized:

U.S. Currency: $ 31,540.00

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 30 2020

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/26/2020

[signature]
Executing officer's signature

Brandon C. Vino  Special Agent ATF
Printed name and title

Returned to me this 29th day of June 2020.
Pamela Meade Sargent
USMJ